## Conches *v.* Pizzoli, Appellant.

Argued September 15, 1967; reargument refused November 3, 1967. *Carleton M. Strouss,* for appellant; *Louis Cohen,* for appellees.

Judgment affirmed.

ERVIN, P. J., absent.

## Copp, Appellant, *v.* Fessenden.

Argued September 11, 1967. *Dean L. Foote,* for appellant; *William S. Hudders,* with him *Butz, Hudders & Tallman,* for appellee.

Order affirmed.

## Coulson *v.* Sears, Roebuck & Co., Appellant.

Argued September 12, 1967. *David L. Pennington,* with him *Liebert, Harvey, Bechtle, Herting and Short,* for appellant; *Charles F. Quinn,* with him *Sheer & Mazzocone,* for appellee.

Order and judgment affirmed.